**DISMISS; and Opinion Filed December 7, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00585-CV

**GEORGE CHRISTIAN HERNANDEZ, Appellant**
**V.**
**JOSE ANGEL CUELLAR, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17647**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Myers
Opinion by Justice Lang-Miers

Appellant's brief in this case is overdue. By postcard dated October 18, 2018, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

180585F.P05

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

GEORGE CHRISTIAN HERNANDEZ,
Appellant

No. 05-18-00585-CV        V.

JOSE ANGEL CUELLAR, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-17647.
Opinion delivered by Justice Lang-Miers,
Justices Fillmore and Myers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Jose Angel Cuellar recover his costs, if any, of this appeal from appellant George Christian Hernandez.

Judgment entered this 7th day of December, 2018.